## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA PRUKULA,<br><br>             Plaintiff,<br><br>vs.<br><br>SYNCHRONY FINANCIAL/CARE CREDIT,<br>ET AL.<br><br>             Defendants. | No.: 3:15-cv-00296-WJN<br>(Hon. William J. Nealon)<br><br>Electronically Filed |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Christina Prukala ("Plaintiff") and Defendant Synchrony Bank, improperly named in the Complaint as Synchrony Financial/Care Credit ("Synchrony") ("Defendant," and collectively with Plaintiff, the "Parties"), have reached a settlement. A stipulation of dismissal will be filed upon execution of a final confidential settlement agreement between the Parties.

Dated: March 3, 2015

                                              Respectfully Submitted:

                                              By: */s/ Ariel N. Forbes*

                                                     Ariel N. Forbes
                                                     PA Identification No. (306979)
                                                     Reed Smith LLP
                                                     225 Fifth Avenue,
                                                     Pittsburgh, PA 15222
                                                     (412) 288-3530
                                                     aforbes@reedsmith.com
                                                     *Attorney for Defendant*
                                                     *Synchrony Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2015, the foregoing was filed electronically. Parties may access this filing through the Court's CM/ECF system. Notice of this filing also will be sent to the following counsel of record by operation of the Court's electronic filing system:

By: */s/ Ariel N. Forbes*

Ariel N. Forbes
PA Identification No. (306979)
Reed Smith LLP
225 Fifth Avenue,
Pittsburgh, PA 15222
(412) 288-3530
aforbes@reedsmith.com
*Attorney for Defendant*
*Synchrony Bank*