UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA PRUKALA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-CV-0296 |
| v. | : | (Judge Nealon) |
| | : | |
| SYNCHRONY FINANCIAL/CARE CREDIT; JOHN DOES 1-10; and CORPORATIONS X,Y,Z, | : | |
| Defendants | : | |

## ORDER

**AND NOW, THIS 1ST DAY OF MAY, 2015**, upon consideration of Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (Doc. 7), **IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON

MAY 1 - 2015

PER _____/s/_____
DEPUTY CLERK

_____/s/ William Nealon_____
**United States District Judge**